# EXHIBIT "1-A"

| | |
|---|---|
| Subject: | RE: From: Sibel Edmonds, clarification requested |
| Date: | 11/28/2005 5:46:16 PM Eastern Standard Time |
| From: | Larry.Halloran@mail.house.gov |
| Reply To: | |
| To: | SibelDeniz@aol.com |
| CC: | David.Rapallo@mail.house.gov, Vincent.Chase@mail.house.gov, ZaidMS@aol.com, beth@pogo.org, pogo@Pogo.org, whistle47@aol.com |
| BCC: | |
| Sent on: | |

*Sent from the Internet*

Ms. Edmonds: The offer for the NSWBC to submit written testimony was coveyed to Dave Rapallo during a meeting last Monday in my office during which he asked we consider testimony from your organization. Late Tuesday, he forwarded a request that Prof. William Weaver testify on behalf of the NSWBC, a request we would have researched and considered today (our office was closed from COB Tuesday until this morning). However, in the interim your letter and others arrived indicating you no longer agreed with the scope or direction of the hearing. We appreciated your earlier e-mails offering to be of assitance in the hearing, and we were under the impression your organization was collaborating with the Project on Government Oversight (POGO) and the Government Accountability Project (GAP) on research and other matters of mutual interest. We also believed testimony by your attorney, Mark Zaid, would represent your views. I regret if those conclusions were incorrect. However, no one person or organization has a monopoly on wisdom in these complex areas, and we invited oral testimony from those with the experience and perspective needed to inform the Subcommittee's oversight work. Your conclusion that none of the witnesses "represents the whistleblowers community" is as incorrect as it is a disservice to the inviduals and organizations who have long labored for stronger whistleblower protections. You have every right, but in my view no good reason, to conclude the scope of the hearing might not serve the interests of your organization. But it would be wrong to presume such a conclusion gives any disgruntled organization the right to dictate the timing or content of a congressional hearing. I'm sorry you felt the need to release your letters to the media before even attempting to discuss these matters with me or Mr. Chase. The invitation for the NSWBC to submit written testimony remains in effect. Now you have it in writing.

---

**From:** SibelDeniz@aol.com [mailto:SibelDeniz@aol.com]
**Sent:** Monday, November 28, 2005 4:30 PM
**To:** Halloran, Larry
**Cc:** Chase, Vincent; wweaver@nswbc.org; wweaver@utep.edu
**Subject:** From: Sibel Edmonds, clarification requested

Dear Mr. Halloran:
You have recently stated that your office had offered NSWBC to submit 'written testimonies' for the hearing on Dec 6.
Sir, please provide us with e-mail, letter, or phone log/documentation of this request; because not only that we have **Not** received any such request, we have not received any calls, e-mails/letters from your office in the past two-three months. On the contrary, we have sent your office e-mails and we have left phone messages, and have received No e-mail response or call back.
I have had only one phone conversation with Mr. Chase (I initiated the call), and I was told :' As far as NS whistleblower witnesses go, we are only interested in those whose security clearance were suspended &/or revoked.' After that particular conversation, I sent Mr. Chase our revised list of NS whistleblowers, those with security clearance suspension, revocation, cases.' We found it highly puzzling since you have placed Mr. German on your witness list, since: a- Mr. German has had no experience with security clearance suspension and/or revocation, b- Mr. German, by his own admission, is not a National Security whistleblower, or, is not a a part of any NS whistleblower organization and/or community.
NSWBC is the only organization that represents solely national security whistleblowers and cases. Our organization represents over 60 NS whistleblowers,many of whom are well known and highly regarded by the public & the media. Our members, national security whistleblowers, and members of our partner organizations, basically over 100 NS whistleblowers, are not represented by any of the organizations

currently on your list to testify. Thus, we respectfully request that you postpone this hearing, since it neither reflects the voices of national security whistleblowers nor does it cover the real national security issues facing our nation and its citizens today.
Respectfully,
Sibel D. Edmonds
Founder & Director-National Security Whistleblowers Coalition
http://www.nswbc.org
Tel- (703) 519-3640

***About National Security Whistleblowers Coalition***
*National Security Whistleblowers Coalition (NSWBC), founded in August 2004, is an independent and nonpartisan alliance of whistleblowers who have come forward to address our nation's security weaknesses; to inform authorities of security vulnerabilities in our intelligence agencies, at nuclear power plants and weapon facilities, in airports, and at our nation's borders and ports; to uncover government waste, fraud, abuse, and in some cases criminal conduct. The NSWBC is dedicated to aiding national security whistleblowers through a variety of methods, including advocacy of governmental and legal reform, educating the public concerning whistleblowing activity, provision of comfort and fellowship to national security whistleblowers suffering retaliation and other harms, and working with other public interest organizations to affect goals defined in the NSWBC mission statement.*
*For more on NSWBC visit* http://www.nswbc.org