# EXHIBIT "1-B"

Subject: Re: From: Sibel Edmonds, clarification requested Date: 11/28/2005 6:08:09 PM Eastern Standard Time
From: Whistle47
Reply To:

| | |
|---|---|
| To: | Larry.Halloran@mail.house.gov, SibelDeniz, adamm@whistleblower.org, Latrone, mbrumder@wolfnet.com |
| CC: | David.Rapallo@mail.house.gov, Vincent.Chase@mail.house.gov, ZaidMS, beth@pogo.org, pogo@Pogo.org |

To whom it may concern:

This note is to correct an inaccuracy in correspondence that just came in. GAP in general, and I personally, have represented numerous national security whistleblowers, both from those whom Ms. Edmonds has announced as NSWBC members, and more from outside her organization. Any statement to the contrary simply is false. In some cases, my duties are complete. In others they are ongoing. Some members from NSWBC's announced roster have dominated my professional life, and beyond, for extended periods. Some are my close friends and/or inspirational role models. In fact, GAP has been representing national security whistleblowers since the 1970's, when we helped the CIA station chief in Angola expose the secret war in there -- a catalyst for passage of the Clark Amendment against undeclared wars.

The upcoming forum will be the first chance in over a decade to challenge certain long entrenched patterns of retaliation that have undermined national security professionals on the front lines, and continue to endanger our nation. It is essential that we responsibly take advantage of this long-needed opportunity to correct government myths. As a result, it is absolutely essential that all of our statements be grounded in 100% accuracy.

Thanks, Tom Devine