# EXHIBIT "1-C"

Subject:Re:: From: Sibel Edmonds, clarification requested Date: 11/29/2005 3:21:46 PM Eastern Standard Time
From: ZaidMS

Reply To:

To: Beth@pogo.org, pogo@Pogo.org, Whistle47, SibelDeniz, adamnn@whistleblower.org, Latrone, mbrumder@wolfenet.com

CC: ZaidMS

For the record, I do not at all agree with those of you who labored for or consented to the postponement of Cong Shay's hearing. This was the first time in a long time that the issue of security clearances and the manner by which agencies' abuse the process was to be the focus of a congressional hearing.
I am very concerned that the actions of NSWBC in particular may have made things only worse by its demands. I have directly represented national security clients and whistleblowers (including many who are in the NSWBC) for years. My testimony, and that of others, would have amply addressed many of the important issues and concerns that Sibel has advocated.
Of course, I support NSWBC and I believe those issues should receive attention and be the subject of congressional hearings, but just because not every issue was the focus of this particular hearing was no reason to oppose it.
I hope that the postponement does not become a cancellation for that would be a disservice to many people who desperately needed the attention this hearing would provide.
Mark