# EXHIBIT "1-D"

Subject: RE: From: Sibel Edmonds, clarification requested Date: 11/29/2005 3:55:52 PM Eastern Standard Time
From: wweaver@utep.edu
Reply To:
To: ZaidMS@aol.com, beth@pogo.org, pogo@Pogo.org, Whistle47@aol.com, SibelDeniz@aol.com, adamm@whistleblower.org, Latrone@aol.com, mrbumder@wolfenet.com
CC:
BCC:
Sent on:
*Sent from the Internet*

Mark: As far as I know we have made no demands other than to be included in the process. We were not trying to direct the content of the hearing, but rather to supply informed witnesses for whatever content the Committee wished to cover. No one on the Committee willingly communicated with us. We had to call staff members and were treated rudely when we actually reached someone. When the Commitee did decide on content -- security clearance revocations -- it rejected all of our proffered witnesses. I love Mike german, but what on earth would he contribute to a hearing on security clearance revocation? You have great expertise in the area, as do some at POGO and GAP, but where were the whistleblowers scheduled for the hearing? This is a question of having a voice, of not being muscled out of each and every event, of not having othersd speak for our members but to let them talk for themselves. I do not know how anyone could come to the conclusion that NSWBC was in the loop or included in any coordinated effort concerning this hearing. Indeed, we have been subject to patronizing statements and metaphorical pats on the head. The only thing missing is a "go run along now." The landscape is changing. We are not going away -- at least not willingly. The organization will grow, contend for resources, and start developing programs. We would much rather work together on issues, but not a t the price of second-class treatment. Best, Bill
William G. Weaver, J.D., Ph.D.
Director of Academic Programs
Institute for Policy and Economic Development
University of Texas at El Paso
Room 209, Kelly Hall
El Paso, TX 79968
Office: 915.747.6268
Cell: 915.525.0483
FAX: 915.747.7948