# EXHIBIT "1-F"

Subject: Re: From: Sibel Edmonds, clarification requested Date: 11/29/2005 3:57:46 PM Eastern Standard Time
From: SibelDeniz
Reply
To:

To:     ZaidMS, beth@pogo.org, pogo@Pogo.org, Whistle47, adamm@whistleblower.org, Latrone,
        mbrumder@wolfenet.com
CC:     wweaver@nswbc.org, wweaver@utep.edu

Over 100 NS whistleblowers, 9/11 Family members, 3 other whistleblowers coalition, 9/11 Family
members, and many organizations (they all sent letters) agree.
I think you should send the same statement to Shays, saying, 'Why don't you have the only NS WB
organizations?'
Here is a letter from 9/11 family group:
Dear Chairman Shays,

As a deeply concerned citizen of this country, I am demanding that National
Security Whistleblowers Coalition members are given a hearing with witnesses
that are actual national security whistleblowers. These people deserve to be
heard. They are true patriots. If they aren't allowed to speak, it looks as
though others in the government are trying to hide something.
I lost my father in the attacks on the WTC. He was on a business trip. My life
is forever changed, and I'd like to know why. I completely support Sibel
Edmonds and the other members of the Whistleblowers Coalition. They are trying
so hard to bring the truth to light. They deserve a ton of respect for what
they're trying to do, and the only respectable thing to do is give them the
hearing they deserve. As a justice-seeking citizen in a democracy, I demand to
see the upcoming hearing postponed so that national security whistleblowers can
testify. Obviously, if anyone should be on the stand talking, it's them.

I will await a written response to this e-mail.

Sincerely,
Jessie Moskal

| | |
|---|---|
| Subject: | Re: From: Sibel Edmonds, clarification requested |
| Date: | 11/29/2005 5:23:43 PM Eastern Standard Time |
| From: | ZaidMS |
| Reply To: | |
| To: | SibelDeniz, beth@pogo.org, pogo@Pogo.org, Whistle47, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com |
| CC: | wweaver@nswbc.org, wweaver@utep.edu, ZaidMS |

In a message dated 11/29/2005 3:57:46 PM Eastern Standard Time, SibelDeniz writes:

> Over 100 NS whistleblowers, 9/11 Family members, 3 other whistleblowers coalition, 9/11 Family members, and many organizations (they all sent letters) agree.

Sibel, all this demonstrated is that you are a very effective rallier to the cause. They followed the bullet points you provided them.

Were any of them told I would be testifying, a supposed board member of NSWBC, and that I was willing to specifically represent the organization and its viewpoints? I seriously doubt it.

You know I adore and support you, both personally and professionally, but in my opinion this issue was seriously mishandled and caused significant harm to the cause we all support. The question now is whether that harm is temporary or permanent.

Mark