# EXHIBIT "1-G"

Subject: Fwd: From: Sibel Edmonds, clarification requested Date: 11/29/2005 10:41:49 PM Eastern Standard Time
From: SibelDeniz
Reply To:
To:      ZaidMS, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu

Dear NSWBC Members:
The following e-mail is how POGO, GAP, Mr. Zaid, have characterized you to Congressman Shays. Please read it carefully, especially the line that says:"I have met almost all NS whistleblowers, none of them would make credible witnesses..."
I am forwarding this e-mail to you, because I have heard it, here in the sin city, Washington DC, by these supposed guardian angels of WBs, way too many times.
So, please read it carefully, and find out how these organizations, entities, have been portraying over 100 NS whistleblowers, behind your back, to the congress.
They are sour, because now, the media, people, even the congress, is questioning their qualification to represent you.
I have heard this from Beth daley, with exact same words, when I asked them to have you included:

**"Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns. "**

I am a Whistleblower. I am a NS whistleblowers. I am proud of what I have done, and I am proud of every single one of you. The American people view you as PATRIOTS. Don't let disgusting careerist, who have lived off of you discourage you from what you have been doing. Every single loss you have suffered, has made them richer. Remember that.
The problem they have with me (POGO, GAP): I am NOT willing to play what they call :'How the political machinery works in the USA."
Well, ask after 27 years, with over one million dollars budget, all raised by s=using your names, NS whistleblowers, what they have achieved for you; knowing how the political machinary works?? T

-----------------
Forwarded Message:

| | |
|---|---|
| Subj: | **Re: From: Sibel Edmonds, clarification requested** |
| Date: | 11/29/2005 5:20:15 PM Eastern Standard Time |
| From: | ZaidMS |
| To: | wweaver@utep.edu, beth@pogo.org, pogo@Pogo.org, Whistle47, SibelDeniz, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com |
| CC: | ZaidMS |

In a message dated 11/29/2005 3:55:52 PM Eastern Standard Time, wweaver@utep.edu writes:

> Mark: As far as I know we have made no demands other than to be included in the process. We were not trying to direct the content of the hearing, but rather to supply informed witnesses for whatever content the Committee wished to cover. No one on the Committee willingly communicated with us. We had to call staff members and were treated rudely when we actually reached someone. When the Commitee did decide on content -- security clearance revocations -- it rejected all of our proffered witnesses. I love Mike german, but what on earth would he contribute to a hearing on security clearance revocation? You have great expertise in the area, as do some at POGO and GAP, but where were the whistleblowers scheduled for the hearing? This is a question of having a voice, of not being muscled out of each and every event, of not having othersd speak for our members but to let them talk for themselves. I do not know how anyone could come to the conclusion that NSWBC was in the loop or included in any coordinated effort concerning this hearing. Indeed, we have been subject to patronizing statements and metaphorical pats on the head. The only thing missing is a "go run along now." The landscape is changing. We are not going away -- at least not willingly. The organization will grow, contend for

> resources, and start developing programs. We would much rather work together on issues, but not a t the price of second-class treatment.

Bill, with all due respect, who exactly did NSWBC want to testify? You? Sibel? Neither of whom has any - to my knowledge - actual experience with security clearances either. Many of the NSWBC's members never had a security clearance problem either. And for those who did, there is little, if any, evidence that they were retaliated against for being whistleblowers. The fact is that anything can be utilized as a "legitimate" reason to strip someone of their clearance. Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns. Moreover, simply having a whistleblower tell their story doesn't always add anything substantive. The issue is not isolated. For the most part you can't take a specific case and use it to demonstrate anything. You need to show a pattern and individuals cannot typically do so. However, as you all likely know, I have represented dozens of security clearance cases and numerous national security whistleblowers (including many within NSWBC). My testimony was going to address these patterns and problems. In fact, in addition to covering numerous cases in general I was also going to highlight Tony Shaffer's specific case (which is probably the most high profile of national security whistleblower cases at the moment), including through the use of his clearance documents.

Perhaps most importantly, I specifically volunteered to Sibel to state I represented the NSWBC. As far as I know, I am on already, or I am being placed on, the Board of Directors along with yourself, Sibel and Matt (something I am very proud to be involved with). I specifically told Sibel that I would be more than willing to include any point/argument NSWBC wanted in my testimony. I fail to see how my participation in this posture would not have appropriately represented NSWBC and its interests.

I have been pushing this Subcommittee and its staff, who I know very well, to hold a hearing on security clearances and the abuses within the process for more than two years. FINALLY, they were going to do it and now NSWBC's efforts have delayed if not possibly derailed this positive reality. NSWBC's actions have not been positive at all. They have been extremely negative and illustrate a misunderstanding of how best to move the political machinery. This hearing could have been just the first step towards additional hearings. Instead, NSWBC has irritated, if not outright alienated, representatives such as Cong Shays who were or should be one of our strongest allies.

Mark

___

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax