# EXHIBIT "1-H"

| | |
|---|---|
| Subject: | RE: From: Sibel Edmonds, clarification requested |
| Date: | 11/29/2005 6:51:45 PM Eastern Standard Time |
| From: | wweaver@utep.edu |
| Reply To: | |
| To: | mailto:ZaidMS@aol.com, beth@pogo.org, pogo@Pogo.org, Whistle47@aol.com, SibelDeniz@aol.com, adamm@whistleblower.org, Latrone@aol.com, mbrumder@wolfenet.com |
| CC: | |
| BCC: | |
| Sent on: | |

*Sent from the Internet*

Mark: You say: "Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony." That's the point -- others take it upon themselves to know what is best for our members. This is a patronizing position. You have a perspective, but it is only one way of approaching the problem. Your comments also assume that somehow having this hearing is a substantive move along a path of reform. I guess I don't share your faith in "how best to move the political machinery." Have all of the hearings throughout the decades on whistleblower matters resulted in any substantive protection? Do you think that anyone in Congress is really listening when you testify? If so, I think you are mistaken. But I don't think you believe that since I have heard your cynical, and accurate, estimations of the state of affairs concerning whistleblowers. The value of these hearings is in the publicity end, of potentially galvanizing a public audience. It is very rare that a hearing provides any impetus for change, and then only in instances where events discussed have been elevated to political scandal. The narrowing of the hearing to security clearance issues, and the elimination of whistleblowers as witnesses guarantees a spectacle that the public will have a hard time relating to and care little about. No doubt the Committee knows about the patterns of abuse you would discuss; that information is available with a minor amount of research. One could make the argument that it is your testimony and that of other non-whistleblowers that is superfluous. Opened up, with whistleblowers discussing how and why their clearances were revoked or threatened would make a much more useful and genuine hearing. I can understand why professionals would want to have their say, but I don't see how you can say that having NO whistleblowers as witnesses who have had their clearances revoked is defensible. Yes, we suggested Sibel testify -- as head of the NSWBC -- but our other suggested witnesses were also all shot down -- Russ Tice, Daniel Hirsch, Rich Barlow. It was good of you to volunteer to testify on NSWBC's behalf, but, again, the idea was to get our members with relevant experiences before COngress. The bottom line is that the hearing was to be a show piece. I think that many people had so much invested in it that they couldn't see the weaknesses of the hearing as it was proposed. NSWBC may alienate people, but it also makes friends. Cosy relationships have developed over the years between various organizations and members of Congress, that yield annual passion plays (hearings, etc.) but never result in anything of substance. There are people and organizations who have grown weary of these congressional "cotillions" and would like to see a different, more vigorous approach. I suppose we could argue endlessly, but NSWBC is not going to apologize for trying to make sure we are included in the hearing process or for advocating a voice for our members. Bill

William G. Weaver, J.D., Ph.D.
Director of Academic Programs
Institute for Policy and Economic Development
University of Texas at El Paso
Room 209, Kelly Hall
El Paso, TX 79968
Office: 915.747.6268
Cell: 915.525.0483
FAX: 915.747.7948