# EXHIBIT "1-J"

| | |
|---|---|
| Subject: | RE: From: Sibel Edmonds, clarification requested |
| Date: | 11/29/2005 10:51:15 PM Eastern Standard Time |
| From: | lcjohnso@ix.netcom.com |
| Reply To: | |
| To: | SibelDeniz@aol.com, mailto:ZaidMS@aol.com, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu |
| CC: | |
| BCC: | |
| Sent on: | |

*Sent from the Internet*

Unless you've had the pleasure of dealing with Zaid, he is the consumate gadfly and a lightweight to boot. The boy is a legend in his own mind. He got lucky on a legal case and made some big bucks. Hence, his soap box. LJ

---

**From:** SibelDeniz@aol.com [mailto:SibelDeniz@aol.com]
**Sent:** Tuesday, November 29, 2005 10:42 PM
**To:** ZaidMS@aol.com; beth@pogo.org; petedan@adelphia.net; wweaver@nswbc.org; wweaver@utep.edu
**Subject:** Fwd: From: Sibel Edmonds, clarification requested

Dear NSWBC Members:
The following e-mail is how POGO, GAP, Mr. Zaid, have characterized you to Congressman Shays. Please read it carefully, especially the line that says:"I have met almost all NS whistleblowers, none of them would make credible witnesses..."
I am forwarding this e-mail to you, because I have heard it, here in the sin city, Washington DC, by these supposed guardian angels of WBs, way too many times.
So, please read it carefully, and find out how these organizations, entities, have been portraying over 100 NS whistleblowers, behind your back, to the congress.
They are sour, because now, the media, people, even the congress, is questioning their qualification to represent you.
I have heard this from Beth daley, with exact same words, when I asked them to have you included:
**"Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns. "**
I I am a Whistleblower. I am a NS whistleblowers. I am proud of what I have done, and I am proud of every single one of you. The American people view you as PATRIOTS. Don't let disgusting careerist, who have lived off of you discourage you from what you have been doing. Every single loss you have suffered, has made them richer. Remember that.
The problem they have with me (POGO, GAP): I am NOT willing to play what they call :'How the political machinery works in the USA."
Well, ask after 27 years, with over one million dollars budget, all raised by s=using your names, NS whistleblowers, what they have achieved for you; knowing how the political machinary works?? T

| | |
|---|---|
| Subject: | Fwd: From: Sibel Edmonds, clarification requested |
| Date: | 11/29/2005 11:07:11 PM Eastern Standard Time |
| From: | SibelDeniz |
| Reply To: | |
| To: | ZaidMS, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu |

-----------------
Forwarded Message:

| | |
|---|---|
| Subj: | **Re: From: Sibel Edmonds, clarification requested** |
| Date: | 11/29/2005 10:55:58 PM Eastern Standard Time |
| From: | johncarman@earthlink.net |
| To: | SibelDeniz@aol.com |

*Sent from the Internet*

I am an excellent witness and have testified in court on many occasions. I was also at the top of all my law enforcement academies and specially trained on testifying as an "expert" witness.
Feel free to have that guy Zaid call me and I will be more than happy to tell him what really happens to whistleblowers and the "system" in place.
I am very hard core and will NOT back down.
Send him my resume: http://www.carmaninvestigations.com/
John Carman
John Carman-Former U.S. Secret Service-U.S. Customs/INS-SDPD-POST Certified
Director-Carman Investigations & Security Consultant
California State License P.I. 8686, AFIO, CALI, PICA, SDCIA Member
California Narcotic Officer's Association Life Member
P.O. Box 3811
La Mesa, Ca. 91944
Cell: (619)806-0047
Pager:(619)601-9250
johncarman@earthlink.net
http://www.carmaninvestigations.com/
CONFIDENTIALITY WARNING! This electronic message contains information which
may be privileged and/or confidential. This information is intended for the
exclusive use of the individual(s), entity, or persons named or indicated
above. Any unauthorized access, disclosure, copying, distribution, or use of
any parts of the contents of this message/information is strictly prohibited
by federal law. Any attempts to intercept this message are in violation of
Title 18 U.S.C. 2511(1) of the Electronic Communications Privacy Act (ECPA).
All violators are subject to fines, imprisonment, civil damages, or both.

----- Original Message -----

**From:** SibelDeniz@aol.com

**To:** ZaidMS@aol.com ; beth@pogo.org ; petedan@adelphia.net ; wweaver@nswbc.org ; wweaver@utep.edu

**Sent:** Tuesday, November 29, 2005 7:41 PM

**Subject:** Fwd: From: Sibel Edmonds, clarification requested

Dear NSWBC Members:

The following e-mail is how POGO, GAP, Mr. Zaid, have characterized you to Congressman Shays. Please read it carefully, especially the line that says:"**I have met almost all NS whistleblowers, none of them would make credible witnesses...**"

I am forwarding this e-mail to you, because I have heard it, here in the sin city, Washington DC, by these supposed guardian angels of WBs, way too many times.

So, please read it carefully, and find out how these organizations, entities, have been portraying over 100 NS whistleblowers, behind your back, to the congress.

They are sour, because now, the media, people, even the congress, is questioning their qualification to represent you.

I have heard this from Beth daley, with exact same words, when I asked them to have you included:

**"Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns. "**

I I am a Whistleblower. I am a NS whistleblowers. I am proud of what I have done, and I am proud of every single one of you. The American people view you as PATRIOTS. Don't let disgusting careerist, who have lived off of you discourage you from what you have been doing. Every single loss you have suffered, has made them richer. Remember that.

The problem they have with me (POGO, GAP): I am NOT willing to play what they call :'How the political machinery works in the USA."

Well, ask after 27 years, with over one million dollars budget, all raised by s=using your names, NS whistleblowers, what they have achieved for you; knowing how the political machinary works?? T

| | |
|---|---|
| Subject: | Re: Fwd: From: Sibel Edmonds, clarification requested |
| Date: | 11/30/2005 12:53:48 AM Eastern Standard Time |
| From: | sandaliog1@yahoo.com |
| Reply To: | |
| To: | SibelDeniz@aol.com, mailto:ZaidMS@aol.com, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu |
| CC: | |
| BCC: | |
| Sent on: | |

*Sent from the Internet*

Move the "political machinery, huh? How about that! What happened to "elected representatives of the people", or "elected public servants" sworn to protect the Constitution? The country is going to hell in a hand basket and some worry about how to move the "political machinery". If we cannot move the so-called "political machinery" with the TRUTH, the question then is -- where are we as a nation? We're going downhill fast, that's where we are. If the "political machinery" can't handle the TRUTH and accept the fact that the Executive is being run by a bunch of ding-a-lings they should step aside and leave the business of lawmaking to those than can...
this one's for Ripley...amazing!

*SibelDeniz@aol.com* wrote:

> Dear NSWBC Members:
>
> The following e-mail is how POGO, GAP, Mr. Zaid, have characterized you to Congressman Shays. Please read it carefully, especially the line that says:"I have met almost all NS whistleblowers, none of them would make credible witnesses..."
>
> I am forwarding this e-mail to you, because I have heard it, here in the sin city, Washington DC, by these supposed guardian angels of WBs, way too many times.
>
> So, please read it carefully, and find out how these organizations, entities, have been portraying over 100 NS whistleblowers, behind your back, to the congress.
>
> They are sour, because now, the media, people, even the congress, is questioning their qualification to represent you.
>
> I have heard this from Beth daley, with exact same words, when I asked them to have you included:
>
> **"Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns. "**
>
> I am a Whistleblower. I am a NS whistleblowers. I am proud of what I have done, and I am proud of every single one of you. The American people view you as PATRIOTS. Don't let disgusting careerist, who have lived off of you discourage you from what you have been doing. Every single loss you have suffered, has made them richer. Remember that.
>
> The problem they have with me (POGO, GAP): I am NOT willing to play what they call :'How the political machinery works in the USA."

Well, ask after 27 years, with over one million dollars budget, all raised by s=using your names, NS whistleblowers, what they have achieved for you; knowing how the political machinary works?? TFrom: ZaidMS@aol.com
Date: Tue, 29 Nov 2005 17:20:15 EST
Subject: Re: From: Sibel Edmonds, clarification requested
To: wweaver@utep.edu, beth@pogo.org, pogo@Pogo.org, Whistle47@aol.com, SibelDeniz@aol.com, adamm@whistleblower.org, Latrone@aol.com, mbrumder@wolfenet.com
CC: ZaidMS@aol.com

In a message dated 11/29/2005 3:55:52 PM Eastern Standard Time, wweaver@utep.edu writes:

> Mark: As far as I know we have made no demands other than to be included in the process. We were not trying to direct the content of the hearing, but rather to supply informed witnesses for whatever content the Committee wished to cover. No one on the Committee willingly communicated with us. We had to call staff members and were treated rudely when we actually reached someone. When the Commitee did decide on content -- security clearance revocations -- it rejected all of our proffered witnesses. I love Mike german, but what on earth would he contribute to a hearing on security clearance revocation? You have great expertise in the area, as do some at POGO and GAP, but where were the whistleblowers scheduled for the hearing? This is a question of having a voice, of not being muscled out of each and every event, of not having othersd speak for our members but to let them talk for themselves. I do not know how anyone could come to the conclusion that NSWBC was in the loop or included in any coordinated effort concerning this hearing. Indeed, we have been subject to patronizing statements and metaphorical pats on the head. The only thing missing is a "go run along now." The landscape is changing. We are not going away -- at least not willingly. The organization will grow, contend for resources, and start developing programs. We would much rather work together on issues, but not a t the price of second-class treatment.

Bill, with all due respect, who exactly did NSWBC want to testify? You? Sibel? Neither of whom has any - to my knowledge - actual experience with security clearances either. Many of the NSWBC's members never had a security clearance problem either. And for those who did, there is little, if any, evidence that they were retaliated against for being whistleblowers. The fact is that anything can be utilized as a "legitimate" reason to strip someone of their clearance. Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns.

Moreover, simply having a whistleblower tell their story doesn't always add anything substantive. The issue is not isolated. For the most part you can't take a specific case and use it to demonstrate anything. You need to show a pattern and individuals cannot typically do so. However, as you all likely know, I have represented dozens of security clearance cases and numerous national security whistleblowers (including many within NSWBC). My testimony was going to address these patterns and problems. In fact, in addition to covering numerous cases in general I was also going to highlight Tony Shaffer's specific case (which is probably the most high profile of national security whistleblower cases at the moment), including through the use of his clearance documents.

Perhaps most importantly, I specifically volunteered to Sibel to state I represented the NSWBC. As far as I know, I am on already, or I am being placed on, the Board of Directors along with yourself, Sibel and Matt (something I am very proud to be involved with). I specifically told Sibel that I would be more than willing to include any point/argument NSWBC wanted in my testimony.

I fail to see how my participation in this posture would not have appropriately represented NSWBC and its interests.

I have been pushing this Subcommittee and its staff, who I know very well, to hold a hearing on security clearances and the abuses within the process for more than two years. FINALLY, they were going to do it and now NSWBC's efforts have delayed if not possibly derailed this positive reality. NSWBC's actions have not been positive at all. They have been extremely negative and illustrate a misunderstanding of how best to move the political machinery. This hearing could have been just the first step towards additional hearings. Instead, NSWBC has irritated, if not outright alienated, representatives such as Cong Shays who were or should be one of our strongest allies.

Mark

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax

Subject: Re: From: Sibel Edmonds, clarification requested Date: 11/30/2005 1:02:11 AM Eastern Standard Time
From: ZaidMS
Reply To:
To: lcjohnso@ix.netcom.com, markconrad_law@hotmail.com, SibelDeniz, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu
CC: ZaidMS, tspooky@cox.net

In a message dated 11/30/2005 12:29:30 AM Eastern Standard Time, lcjohnso@ix.netcom.com writes:

> I'm chilling. But I've known Zaid since he got out of law school and was let go by Shapiro and Olander. Unlike Mark, I don't take myself too seriously. I know that I'm an asshole. I agree with your approach.

I have refrained from responding to the other e-mails for the time being to allow some downtime given the vitriolic statements particularly from Sibel, someone who I thought was close to me both personally and professionally, but I will respond to this one briefly to correct a blatant falsehood.

Larry, you continue to ceaselessly shoot from the hip based on nothing more than rumor, gossip and perception, just like you did when you publicly defamed and denigrated via a listserv earlier this year Tony Shaffer (a fellow NSWBC member) and inaccurately asserted, in your attempt to belittle me following my rebuttal to your comments, that I never held a security clearance.

I was never employed by Shapiro and Olander so I could never have been "let go". In fact, I don't recall ever having been fired from a job in my entire life, and certainly not in my professional career since graduating from law school in 1992 (BTW, you actually didn't meet me until 1994). I utilized S & O's office space because of my relationship with Allan Gerson who joined their firm as Of Counsel. Nothing more. When they moved to another location, I went elsewhere. Nothing more, nothing less.

It is your opinion that I "take myself too seriously", which to me is at least preferable to being a self-admitted asshole, and so be it. Your opinion is your opinion. Perhaps it is shared by others, perhaps not. But I would certainly hope you could try to keep your "facts" factual rather than defamatory.

Mark

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax

Subject: Re: From: Sibel Edmonds, clarification requested Date: 11/30/2005 1:48:13 AM Eastern Standard Time
From: NAWALMA
Reply To:
To:        Sibeldeniz, ZaidMS, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu

Sibel
I am not sure what is going on except I know we should all be on the same team. Sibel you have been wonderful and very helpful so as Beth from POGO. I have lost a lot and would not allow anyone to tell the Congress how we feel . Who ever said that we have negative associate with my case need to step up and apologize for these poor comments. If stopping a Terrorist from writing a letter to someone in Spain to encourage more attack on us is negative then let it be, if fighting for this great nation is negative then let it be. We all make mistake we should sit all together and work our differences out so we could be united in our fight to bring changes on the Hill.
I am sorry if this e-mail upset anyone but we have lost track of what are we fighting for, I am fighting for my existing and my family Safety. Real Whistleblower need to get up there and tell these Politicians what is taking place when we tell the truth, and speak for all Whistleblowers form every organization.
I am willing to challenge anyone would find anything negative about my case. The only negative is I am being pushed out of my Agency for putting my country first, and that is what some of you should try do.
Joe Mansour
423-534-2307
-----Original Message-----
From: SibelDeniz
To: ZaidMS; beth@pogo.org; petedan@adelphia.net; wweaver@nswbc.org; wweaver@utep.edu
Sent: Tue, 29 Nov 2005 10:41:49 PM Eastern Standard Time
Subject: Fwd: From: Sibel Edmonds, clarification requested

Dear NSWBC Members:
The following e-mail is how POGO, GAP, Mr. Zaid, have characterized you to Congressman Shays. Please read it carefully, especially the line that says:"I have met almost all NS whistleblowers, none of them would make credible witnesses..."
I am forwarding this e-mail to you, because I have heard it, here in the sin city, Washington DC, by these supposed guardian angels of WBs, way too many times.
So, please read it carefully, and find out how these organizations, entities, have been portraying over 100 NS whistleblowers, behind your back, to the congress.
They are sour, because now, the media, people, even the congress, is questioning their qualification to represent you.
I have heard this from Beth daley, with exact same words, when I asked them to have you included:

**"Nor would many NSWBC members make for a very good witness (and I have met many of them). Either they have too many negatives associated with their case or they would be too emotional or disjointed in their testimony. These are legitimate concerns. "**

I I am a Whistleblower. I am a NS whistleblowers. I am proud of what I have done, and I am proud of every single one of you. The American people view you as PATRIOTS. Don't let disgusting careerist, who have lived off of you discourage you from what you have been doing. Every single loss you have suffered, has made them richer. Remember that.
The problem they have with me (POGO, GAP): I am NOT willing to play what they call :'How the political machinery works in the USA."
Well, ask after 27 years, with over one million dollars budget, all raised by s=using your names, NS whistleblowers, what they have achieved for you; knowing how the political machinary works?? T

Subject: Re: From: Sibel Edmonds, clarification requested Date: 11/30/2005 10:44:56 AM Eastern Standard Time
From: ARB OR MED
Reply To:

To:         SibelDeniz, ZaidMS, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org, wweaver@utep.edu

Sibel:
Are you trying to foment additional dissension?

Ed
Edward J. Costello
Private Dispute Resolution
Phone/fax: 310-230-1581
E-mail: info@edcostello.com
Web site: www.edcostello.com