# EXHIBIT "1-K"

Subject: Re: From: Sibel Edmonds, clarification requested Date: 11/29/2005 11:02:44 PM Eastern Standard Time
From: SibelDeniz
Reply
To:

To:        wweaver@utep.edu, ZaidMS, beth@pogo.org, pogo@Pogo.org, Whistle47, adamm@whistleblower.org,
           Latrone, mbrumder@wolfenet.com

Dear Bill:
I agree with everything you stated 'n this e-mail. You spoke on our behalf, NS whistleblowers. We thank
you for that.
Ms. Daley, has been sending our members, to the list she obtained via our conference, partial fact. This
e-mail will clarify where these organizations stand, and how they view NS whistleblowers.
Thank you, and we are proud of you,
Sibel
PS- Mark, you were never listed as NSWBC rep. on Shays list; if that was your intention, you obviously
did NOT communicate it with them.; save us the BS.

Subject:      Re: From: Sibel Edmonds, clarification requested
Date:         11/29/2005 11:06:32 PM Eastern Standard Time
From:         SibelDeniz
Reply
To:

To:           lcjohnso@ix.netcom.com, ZaidMS, beth@pogo.org, petedan@adelphia.net, wweaver@nswbc.org,
              wweaver@utep.edu

Thank you Larry.
Mark has forgotten where his bared & butter come from!!! I liked him, respected him, and trusted him.
He used to be the first person pointing out to POGO & GAP's uselessness; he is too bitter since one
organization stopped a sham, quasi, hearing. Imagine, after all the planning to put on a sham, quasi
show, one organization stopping it. Hard to swallow.
Yours,
Sibel