# EXHIBIT "1-L"

Subject: re: clarifation requested Date: 11/30/2005 2:42:01 PM Eastern Standard Time From: Lmmathewedmonds Reply
To:
To:   ZaidMS
CC:   wweaver@nswbc.org, wweaver@utep.edu, beth@pogo.org, pogo@pogo.org, Whistle47, SibelDeniz, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com

Mark,
Sibel has shown me the exchange of e-mails with you relative to the postponement of the hearing, and I must say that I am extremely disappointed in the tone, content and distribution of your messages, I expected better of you. If you had wanted to have a private exchange of views with Sibel & Bill, then you would have addressed your e-mails only to them. Obviously you had to know that by including the others you would in fact be broadcasting the exchange; to the congress, to the media, and to whomever else the others might want to include; the very thing you are now complaining about; very unprofessional on your part. Because of your original inclusion, I am sending this e-mail to the same list; but also because the remainder of my comments apply to them as well as to you.
This hearing is a battleground in a war with congress to try to force meaningful reform for National Security Whistleblowers, and unfortunately it appears that it has also become a battle with some organizations who should really be allies, but who apparently are putting their own organizational interests above those of the Whistleblowers. But this is really not about you, or them, or damaged egos. You are NOT a National Security Whistleblower; I repeat; you are NOT a National Security Whistleblower. You have never felt the wrath of an agency against you, you have never had your career destroyed, had your life ruined, lost your livelihood, and even in some cases your family and your health; because you chose to come forward at great personal risk to try to shed light on a serious issue within your agency; perhaps an issue of national security with life and death consequences. You have not been there. You make you living from those who have been there, but you have not been there. So when you say that you can speak for National Security Whistleblowers, so they don't need to be present at a hearing, you truly cannot. You can only speak to your area of expertise, but not as a National Security Whistleblower.
As Sibel & Bill and other NSWBC members have said, the postponed hearing was supposed to be just another as usual, show hearing, regardless of what you say about the effort that went into its scheduling. All you have to do is look at the narrow focus to know that. All that would have happened is that those testifying would pontificate their expertise and expound upon their efforts to rectify the situation; then the Subcommittee members would express dismay at the use of security clearance as retaliation and vow to make changes; then everyone would pat each other on the back and say "well done" and then go before the media to say "look what we are doing for the poor whistleblowers and the country - aren't we great?". And then nothing constructive would happen and the ones who have suffered, the ones the hearing was called in the name of, the "National Security Whistleblowers", would be left hanging in the wind as they always have been.
What Sibel, Bill & the other NSWBC members are doing, have done, is to put everyone, including members of congress, on notice that enough is enough. There will either be a REAL hearing whose purpose is to address National Security Whistleblower issues and includes NSWBC and its National Security Whistleblower members in the entire process, or there will be NO hearing. There is absolutely no benefit to National Security Whistleblowers for another nothing hearing, no reason for them to support it, and every reason for them to contest it. If congress is serious and wishes to address the issue, then NSWBC will work with them and like-minded organizations to accomplish meaningful reform. If not, then NSWBC and its members will continue to make known to the public the seriousness of the issues and the fact that congress is doing nothing about it.
You and self-professed whistleblower organizations have had your chance with congress for years, and for years nothing of value for National Security Whistleblowers has been accomplished. Nothing has come from hearings; nothing has come from your supposed "special relationships" with members of congress and/or their staffs. Nothing has come from the fear of "ruffling feathers" or "rocking the boat" - in short, nothing has come from playing politics in Washington as usual. So there is absolutely no reason for NSWBC and its members to play this same game. What you are being told by NSWBC is that whether you like it or not, NSWBC is not going to play this game. Therefore you have a choice to make; you can either come on board and work with NSWBC to try to affect positive change, or you can take your ball and go home. If you choose the later, then please stay out of the way, for if you are not going to be part of the solution, then you are part of the problem.
Matthew