# EXHIBIT "1-M"

| | |
|---|---|
| Subject: | Re: From: Sibel Edmonds, clarification requested |
| Date: | 11/30/2005 3:19:20 AM Eastern Standard Time |
| From: | ZaidMS |
| Reply To: | |
| To: | SibelDeniz, wweaver@nswbc.org, wweaver@utep.edu |
| CC: | ZaidMS, petedan@adelphia.net, beth@pogo.org, pogo@Pogo.org, Whistle47, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com |

Sibel/Bill -

It is most regrettable that you chose to turn what was a legitimate private debate into such a public spectacle involving unfounded character assassinations. I say that not because I am embarrassed at what I personally wrote, for I truly am not, but I am embarrassed that everyone, which will no doubt ultimately include those on the Hill or perhaps even the media when someone among the many recipients forwards these e-mails to them, will now see the tragic depths to which this debate has devolved. It is not reflective of leadership but of fragmentation. And while I would prefer not to have this discussion continue beyond the harm it has likely caused to both personal and professional relationships, I cannot permit the allegations to go completely ignored though I will avoid a tit-for-tat response.

I have little idea as to what POGO or GAP have said in the past on this topic or how they will react. That will be up to them. You chose to disseminate my e-mail, not theirs, so I have been deliberately placed in the line of direct fire. Although Sibel grossly misquoted what I actually wrote in her introduction to the group, I at least take solace that she had the decency to forward my entire e-mail. The text stands by itself. It reflected my opinion and it remains my opinion. Each of you can disagree or agree with it as you see fit.

Why you both seem to have chosen to draw a line with an "us vs. them" mentality in general and attack me specifically is beyond me. Your attitudes do not particularly reflect the numerous public and private accolades you have both laid upon me which I trust were genuine at the time. I wish I knew when I became the "enemy" Sibel for I certainly was not that when I gave up my time to speak at the NSWBC conference for two days last month or just last week when you again confirmed to me in my office that I was to serve as one of four founding members of the board of NSWBC.

Obviously given the positions you and Bill have espoused that would seem to no longer reflect the future reality, which is truly unfortunate. I have spent the majority of my legal career here in Washington, D.C. (more than a decade) fighting for NS whistleblowers, most of the time for little or no remuneration, and I will proudly hold out my accomplishments and efforts without hesitation.

At the heart of this underlying dispute was a difference regarding strategy with respect to this upcoming congressional hearing. Personally I do not believe this hearing had to be the one for actual Whistleblowers to testify before as future hearings were in discussion. It had taken some of us two years to get this hearing scheduled in the first place. I do not believe that the hearing was, as you said in your academic way Bill, "a showpiece". It was certainly not to me as I was taking it quite seriously, nor do I believe it was to the Subcommittee or many others.

I do not know to what extent either of you did or did not coordinate with the NSWBC members as to the actual positions the organization would espouse though you. You were angered, perhaps deservedly so, that no one from the organization was asked to testify directly by the Subcommittee (and the likely reason why reflects the political reality of how this town works). Yet I must wonder whether you ever told the NSWBC members that I was more than willing, and had clearly vocalized so to Sibel, to represent the organization on the panel as one of its board members and include in my testimony any point or argument you wished to make for I, as far as I know, agreed with all the substantive points.

Even though you, Sibel, never responded to my offer and decided instead to launch a vitriolic attack on the Subcommittee and anyone you perceived as being opposed to your position, Larry Halloran, the Subcommittee's Chief Counsel, made it quite clear in his e-mail message to you yesterday that he believed I, as your attorney (and knowing my affiliation with NSWBC since I had told him and Cong Waxman's staff), would represent your views, which I would have been more than happy to do. You earlier commented in an e-mail not reprinted below that if that had been my intention then why did the witness list not reflect my affiliation with NSWBC? The reason is obvious but more importantly the absence of such a designation could have been remedied with but a simple phone call or e-mail.

I don't know where this flurry of disparaging e-mails will now lead. I hope not to have to respond to more attacks. I would prefer to continue to work towards the best interests of NS whistleblowers, whom I have always shown

respect to, based on my years of experience. I look forward to testifying before the Subcommittee next month, whether alongside actual whistleblowers or their representatives. And I will continue to try my best to assist NS whistleblowers in their personal efforts to fend off agency attacks.

Given that you saw fit to disseminate my earlier e-mail, I would respectfully appreciate the courtesy of you doing the same with this one so that the organization may read my brief response. Should any NSWBC member wish to discuss my position I am more than willing, as always, to receive their telephone calls at 202-498-0011 or e-mails.

Mark

| | |
|---|---|
| Subject: | Re: clarifation requested |
| Date: | 11/30/2005 2:55:30 PM Eastern Standard Time |
| From: | ZaidMS |
| Reply To: | |
| To: | Lmathewedmonds |
| CC: | wweaver@nswbc.org, wweaver@utep.edu, beth@pogo.org, pogo@pogo.org, Whistle47, SibelDeniz, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com, ZaidMS |

Matthew -

I am not surprised that you chose to speak up for your wife. It was inevitable. I am not going to waste my time responding to your insulting comments or threats. Everytime you enter the fray this seems to be your typical course of action. You are certainly not helping the situation.

I sent my e-mails to the same people who had been cc'd on every e-mail I had received. I did not chose those recipients nor did I publicize the vitriolic display of antagonism that Bill and Sibel chose to throw at me and others. That was your wife's doing. And personally I think the community will be the worse for it.

You were present in my office earlier this month when we had the discussion about my being on the NSWBC board and the upcoming Congressional hearing. I expressed the same views then that I did now.

For numerous reasons, I chose not to be on the board or involved with NSWBC at this time.

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax

| | |
|---|---|
| Subject: | Re: clarifation requested |
| Date: | 12/1/2005 3:56:58 PM Eastern Standard Time |
| From: | ZaidMS |
| Reply To: | |
| To: | Lmathewedmonds |
| CC: | wweaver@nswbc.org, wweaver@utep.edu, beth@pogo.org, pogo@pogo.org, Whistle47, SibelDeniz, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com, ZaidMS |

In a message dated 11/30/2005 10:20:40 PM Eastern Standard Time, Lmatthewedmonds writes:

> Thank you for your prompt response to my e-mail.
>
> I always enjoy your sense of humor. No one knows better than you that I don't need to speak for Sibel; she is more than capable of speaking for herself.
>
> No, I spoke for myself, in my capacity as part of NSWBC, and for the benefit of NSWBC; and I don't recall having ever before "joining the fray" on behalf of NSWBC. I did it this time because of what just occurred with this hearing. Because Bill is correct that every effort was made to exclude NSWBC members, when the effort should have been made to include them. That was something done to Sibel, Bill & NSWBC, not by them. Sibel was and is correct that the best course of action for NS Whistleblowers was to have the hearing rescheduled and then work to have a productive inclusive hearing. My comments were not meant to be insulting, but they were meant to try to get your attention. To try to get you to understand that the injured parties here are not you, but NS Whistleblowers, and that it is time for them to have a direct voice. Perhaps I wasted my energies- I hope not.

Matt, I appreciate the more cordial tone of your e-mail and I shall certainly reciprocate with the same. Frankly this issue is now dominating far too much of my time so I will try to be as brief as possible while responding to your salient points. As you know, I do need to make some money off my NS whistleblower clients (and, yes, that was meant to be tongue and cheek with a sarcastic humorous tone).
Look, I had nothing to do with how the Subcommittee/Committee was treating Sibel, Bill or NSWBC. To be honest, I knew very little of the details of the growing dispute except that one existed. I was asked to be a witness by the Chief Counsel to the Subcommittee and the Minority approved as well. I was not asked for my views on who else should have been a witness. Most importantly, I certainly never did or said anything personally disparaging concerning Sibel, Bill, or any specific member of the NSWBC. I am aware that, whether accurate or not as I do not know, there are allegations or beliefs that POGO and GAP said disparaging comments about Sibel during the heat of arguments. They can respond to that in their own manner and on their own time. But, again, that was not me.
I criticized the strategy. Not Sibel. Not Bill. Not NSWBC. I said then, and I believe now that the strategy embarked upon was wrong and I did not support it. Nor do I believe, for strategic reasons unnecessary to be detailed again, that it was necessary to have NS Whistleblowers at this specific hearing. Knowing Cong Shays personally, and especially his staff, there would have been other hearings and another more opportune time for the pr show.
The bottom line was your comments were insulting. Very insulting in fact. They cannot be viewed as anything other than that, whether objectively and certainly not subjectively. Nor, in my opinion, can the comments made or actions taken by Bill or Sibel against me be viewed differently.
I am no amateur to this game. To be sure, I am not a NS whistleblower (then again a male gynecologist is missing certain features of anatomy yet they still function expertly). I have not had my life destroyed by the government. But I have been representing NS whistleblowers for longer time than the vast majority of the NSWBC members have been NS whistleblowers and I have been through the thick of it with many a

client. I have provided testimony to Congress several times, including before Cong Shays, dating back nearly ten years. I have drafted and had passed on several occasions federal legislation. And, as you well know, I have a vast amount of media experience. I would like to think that I have a semblance of experience and intelligence on how best to develop a coherent legislative, legal and public relations strategy having been at it for more than a dozen years. If people want to believe Larry Johnson's view that I am a "legend in my own mind", fine. Honestly, I don't believe that to be true, and I would have trouble believing that you do either.

> As to the e-mails; when I go thru the log I see that the first disparaging e-mail came from you - in which you belittled Sibel's, Bill's and other NSWBC members credentials as potential witnesses; and you clearly could see who you copied. If that was simply an oversight on your part, then apologize for it and be done. I'm sure it will be accepted.

Larry Halloran sent an e-mail to Sibel about the hearing. Tom Devine responded. All I did was hit "reply all" to that response when sending my comments. Except, I deleted the Congressional staff from the e-mail. They had no need to know of our internal debate. The others on the cc list, the same people who are listed now above, are (or at least were) part of the inner circle on this very issue, i.e, NWSBC, GAP & POGO. So, respectfully, I do not at all see how I publicized or escalated this dispute. Nor did I disparage anyone's "credentials". That is completely separate from the position I asserted as to why I did not think a NS whistleblower needed to be a witness at this hearing.

> You say that Sibel & Bill were being antagonistic; what I see is that they were reacting to your very disparaging remarks, and out of frustration from your inability to understand what was wrong about having a "National Security Whistleblower" hearing without "National Security Whistleblowers". Don't you see the absurdity of that? You chose to take their expressions of frustration personally - just as they took your remarks as insulting to them and all NSWBC members. You need to step back a moment and try to take a hard look from their view.

For reasons already stated, I simply and wholeheartedly disagree. Frankly, I am at a loss to understand how you think I could not take personally the fact that Sibel took my e-mail (and proceeded to misquote my position) and ostensibly sent it to **ALL** NSWBC members, and to who knows who else, effectively declaring me persona non grata, if not an outright enemy, to the NSWBC and its cause. These are the very people I work with and represent, i.e., this hit me right in my home community. How can I not take that personally?

> We will certainly honor your wish not to be on the board of NSWBC; we had thought of you as a respected member of the community who would lend support to NSWBC as we move forward.

To be honest, this statement confounds and dumbfounds me at the same time. Why would you even want me involved after all that has been said? It is so contrary to the message you, Sibel and Bill have now conveyed to countless people that I am virtually speechless and I will leave it at that.
Perhaps at some time in the future things will change, but I cannot be associated with the NSWBC and its leadership at this time after your actions, statements and a clear demonstration as to the manner by which decisions are made by the NSWBC and the extent to which my views are obviously not taken seriously. I suppose some will now excuse or complain that my position wreaks of oversensitivity and that I should move forward for the greater good. If that is what people want to believe, that's fine too. I assure you that it is the furthest from the truth. One of the benefits of being my own boss is that I can decide how best to spend my time, and I have too much else to do than worry about these types of debates.
I will, of course, continue to represent and advocate on behalf of NS whistleblowers. No doubt our paths will cross, and more than likely the objectives and pursuits will be shared. How NSWBC wants to treat or view me from now on is up to you.
Respectfully,

Mark

_____
This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax

| | |
|---|---|
| Subject: | Re: clarifation requested |
| Date: | 12/1/2005 4:44:50 PM Eastern Standard Time |
| From: | ZaidMS |
| Reply To: | |
| To: | SibelDeniz, Lmatthewedmonds, wweaver@nswbc.org, wweaver@utep.edu |
| CC: | beth@pogo.org, pogo@pogo.org, Whistle47, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com, ZaidMS |

In a message dated 11/30/2005 10:20:40 PM Eastern Standard Time, Lmatthewedmonds writes:

> we had thought of you as a respected member of the community who would lend support to NSWBC as we move forward.

If there is actually genuineness in this statement then I would hope you would send to all NSWBC members an apology to me, or at the very least some sort of clarification concerning what has transpired. That would certainly go a long way towards mending fences.
If you don't believe either is warranted, then at the very least I do trust you forwarded to all NSWBC members the e-mail I drafted in response to Sibel's posting.
Mark
_____
This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax

Subject: Re: clarifation requested Date: 12/1/2005 10:07:35 PM Eastern Standard Time From: ZaidMS
Reply To:

| To: | SibelDeniz, Lmatthewedmonds, wweaver@nswbc.org, wweaver@utep.edu |
|---|---|
| CC: | beth@pogo.org, pogo@pogo.org, Whistle47, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com, petedan@adelphia.net, ZaidMS |

Sibel, I am going to follow Bill's advice that we all cool it for awhile and sit and reflect.
During this period of reflection I respectfully suggest you compare your comments in this last e-mail, and your detailed knowledge of my motives, objectives and independence, with the message that you sent to all the NSWBC members about me. As you know, your introductory characterization of my e-mail discussing our strategy differences resulted in quite a few very negative e-mails against me.
I'll respond at a later date either to all or in private.
Mark

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax