# EXHIBIT "1-N"

Subject: Re: clarifation requested Date: 11/30/2005 10:20:40 PM Eastern Standard Time From: Lmathewedmonds
Reply
To:
To:
CC: ZaidMS, wweaver@nswbc.org, wweaver@utep.edu, beth@pogo.org, pogo@pogo.org, Whistle47, SibelDeniz, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com

Mark:
Thank you for your prompt response to my e-mail.
I always enjoy your sense of humor. No one knows better than you that I don't need to speak for Sibel; she is more than capable of speaking for herself.
No, I spoke for myself, in my capacity as part of NSWBC, and for the benefit of NSWBC; and I don't recall having ever before "joining the fray" on behalf of NSWBC. I did it this time because of what just occurred with this hearing. Because Bill is correct that every effort was made to exclude NSWBC members, when the effort should have been made to include them. That was something done to Sibel, Bill & NSWBC, not by them. Sibel was and is correct that the best course of action for NS Whistleblowers was to have the hearing rescheduled and then work to have a productive inclusive hearing. My comments were not meant to be insulting, but they were meant to try to get your attention. To try to get you to understand that the injured parties here are not you, but NS Whistleblowers, and that it is time for them to have a direct voice. Perhaps I wasted my energies- I hope not.
As to the e-mails; when I go thru the log I see that the first disparaging e-mail came from you - in which you belittled Sibel's, Bill's and other NSWBC members credentials as potential witnesses; and you clearly could see who you copied. If that was simply an oversight on your part, then apologize for it and be done. I'm sure it will be accepted.
You say that Sibel & Bill were being antagonistic; what I see is that they were reacting to your very disparaging remarks, and out of frustration from your inability to understand what was wrong about having a "National Security Whistleblower" hearing without "National Security Whistleblowers". Don't you see the absurdity of that? You chose to take their expressions of frustration personally - just as they took your remarks as insulting to them and all NSWBC members. You need to step back a moment and try to take a hard look from their view.
And, yes, I was in your office earlier this month during the discussion of the Congressional hearing, and recall that Sibel expressed her views very clearly at that time as well, and my impression was that you understood. So I was very surprised, as was Sibel, at your very negative response after the postponement. There was really no need for that, your comments were very counterproductive and started this whole exchange; instead you could & should have just started to work together with NSWBC & the subcommittee to prepare for a meaningful hearing in January. This is what is needed.
We will certainly honor your wish not to be on the board of NSWBC; we had thought of you as a respected member of the community who would lend support to NSWBC as we move forward.
Matthew

Subject: Re: clarifation requested Date: 12/1/2005 7:17:50 PM Eastern Standard Time From: SibelDeniz
Reply
To:

| | |
|---|---|
| To: | ZaidMS, Lmatthewedmonds, wweaver@nswbc.org, wweaver@utep.edu |
| CC: | beth@pogo.org, pogo@pogo.org, Whistle47, adamm@whistleblower.org, Latrone, mbrumder@wolfenet.com, petedan@adelphia.net |

Mark,
I agree with your point on not continuing unproductive and antagonistic e-mail back & forth. But, I really need to make sure you have the reasons & facts, many of which you (as you emphasized) were not part of, but found yourself in the middle, or actually towards the end:
1- Much correspondence, events, took place before NSWBC's action alert, which was issued on Sunday evening, Nov 27, 2005, and yes, I know, you were not part of that, you were not to blame for any of that, and we (NSWBC) never claimed that you did.
a. I (NSWBC) found out about the plans for Shays hearing on about October 20, via Beth Daley, at POGO (Phone conversation); that POGO & GAP were invited to testify on NS whistleblowers issues. Originally, it was going to be on NS whistleblowers & retaliation. I told POGO that we were not contacted; this was when I responded to Danielle's e-mail and stated that :'No, I am not asking them to withdraw their names as witnesses, but that in addition to them, the panel had to include experts and witnesses from NSWBC; NS whistleblowers. I called Congressman Shays' office on October 30, Monday, and talked with Vincent Chase. We talked about the hearing, topic, and the possible date in November. I then, on the same day, e-mailed him, and stated that NSWBC, as an organization representing only NS whistleblowers will gladly participate in the upcoming hearing; I submitted several sample bios, cases.
b. Later, a week later or so, I was told the hearing was going to focus only on NS whistleblowers that had their security clearance either suspended and/or revoked. I did my best to point out the fact that security clearance suspension is only one of the symptoms, not causes, and to limit NS whistleblowers issues only to security clearance revocation would only provide a partial/incomplete picture of what NS whistleblowers face. When that failed, I revised the list of our sample bios, and submitted those with a security clearance angle (Tony Shaffer, Barlow, Cole…). I received no response, and a few days later, during a phone conversation with POGO (Beth Daley), I was told: 'They decided not to include NSWBC or its witnesses, because they don't feel comfortable with you guys; think of it as too controversial; they wants us because they know we will not ruffle any feathers; they are comfortable with us and our testimony, but not with you guys.' This was when I (we) became aware of the reason for NS whistleblowers exclusion. I told Beth: 'how can you be a government watchdog organization, yet known to be an entity who never ruffles anyone's feathers?' The conversation did not end well; Beth hung up; and my later attempts to talk with Danielle did not go anywhere (she was either traveling or not in the office).
c. I called Shays' office several times, but they never called back.
d. I didn't find out about you being a witness until 2-3 weeks ago, or until you showed me the invitation.
i. I was happy to see at least one person who had direct experience with legal issues & obstacles facing NS whistleblowers on security clearance cases. I also thought you would speak about Tony's case.
ii. I was taken aback to see Mr. German's name on the witness list, since, we were told specifically by Shays' people & POGO that only those NS whistleblowers with security clearance issues were allowed to testify.
iii. The fact that they went ahead and excluded NSWBC representatives, and excluded every single NS whistleblowers member, said clearly that: they were avoiding any cases/issues/witnesses from the whistleblower community (I consider you an attorney, not an organization/community; and as I stated in my action alert, the only witness who had first hand experience with revocation cases…) who would bring the attention to real cases/issues/problems, or as Beth put it: 'Ruffle feathers.'
iv. I then started to work with Congressman Waxman's office/staff. They went back to Shays and gave them their list of requests: NSWBC, and 4-5 NSWBC whistleblowers. They were rejected twice; were told that these cases were either 'too controversial', these people (our NS whistleblowers) were 'too broken'… They also asked why Mr. German, with no information or experience with security clearance was on the list. They were told that his name was submitted by POGO/GAP, but never answered the real question; which I don't know the answer to date. They (Mr. Rapallo) also agreed with us that you were an appropriate witness for NS whistleblower issues; as far as experts go.
v. This is when we decided to start our action; on November 27 we sent our action alert to all members; NSWBC members. PLEASE SEE ATTACHED, and read the following in there, Page 1, paragraph2: "3) Panel of one or two whistleblowers from DOE who have been silent and inactive for years; and the only good witness and an expert,

Mark Zaid, an attorney who has been representing NS whistleblowers and who is familiar with the hardships and the impossible battle these whistleblowers face."
Our members began sending their letters on Monday, November 28. And Mark, as of that day, you were known and acknowledged as the only witness on the panel with expertise & knowledge on our issues. And I happened to be the one putting it concrete in writing.
Of all the letters/e-mails, yours came as a real shock. Because:
1- I had told you about NSWBC's position a few weeks ago; in fact, when I told you (in front of Roy & Matthew), you asked me to let you know before you wrote your testimony so that you wouldn't waste time if the hearing was going to be postponed. I responded: 'If they don't include NS whistleblowers and NSWBC, we will absolutely press for postponement.'
2- NSWBC has been dealing with NS whistleblowers issues & cases for almost two years. We read more applicant cases, and talk with more NS whistleblowers everyday, more than any other 'organization.' We are focused on National Security whistleblowers. You questioned Dr. Weaver's qualifications Mark. Bill is a legislative expert, an attorney in WB cases, previously with DOD/Intel community, written & published articles/opinions, and a senior advisor to NSWBC. He spends more time on NS whistleblower cases/issues, and legislation dealing (actually they don't really deal but avoid;-) with NS whistleblowers, than any other 'organizations' you and I have ever known. I have dedicated my time, 24/7, representing NS whistleblowers (media, conferences, congress, new cases…), being their spokesperson; because I am a NS whistleblower; because I believe in them, because I truly believe that our only chance is to do it together, collectively, united. And, they have chosen to believe in me; they know I'll talk the talk & walk the walk, and won't be worried about 'ruffling' anyone's feathers with the truth.
3- Our list of NS whistleblower witnesses for the hearing included those that are highly respected and widely acknowledged by the public & the media. I had Shaffer (DIA), Barlow (CIA), Hirsch (Dep. of State). You represent me; you represent Shaffer; you met many of our members during our conference; you know that we are not bunch of babblers who will rant, rave. Several of us had testified before; and our professionalism & experience & credentials have never been questioned.
4- And you jumped to a conclusion, and criticized our move before talking to me or discussing it with me in an e-mail shared with those who have not supported our legislative activities and our objectives. You were on board with us on the futility of HR1317 and the uselessness of so-called WPA; and you had expressed that without pulling any punches. Well, this goes back to months ago, many months ago, when we were boycotting HR1317 and its exclusion of NS whistleblowers, and none of these organizations uttered a peep; none participated in our press conferences/meetings on HR1317 & uselessness of WPA; some actually supported Davis and found our requests to have protection 'unreasonable'! Then, to see an e-mail from the one who was on our side shared with those our NS whistleblowers have denounced as their spokespersons, with those who have been out there for 27 years trying by not 'ruffling feathers' and seeing 'zilch' in return not changing their approach…well add that to the rejection of the SC case as a sign that this begins and ends with the congress; you & I got where we got.
I am sorry to have our relationship rocked due to misunderstanding, miscommunication, and priorities. Because, Mark, I know you better than any of those sharing this e-mail with us. I know you are NOT conventional & timid when it comes to calling this legislation, so-called WPA, what they really are, loudly, in the media, everywhere. I know you too know that this boils down to congress. Think of it Mark, actually you ended up scolding those who you share views with. And, we ended up getting into a pissing contest with the one we never intended to, never targeted. You know me too, and you know I talk the straight talk; NSWBC would not have come to existence, if these organizations did what they say they do; because it certainly is not an easy or fun journey/sector as you know very well & experience/face everyday. As far as I know your opinions were never included in their pursuit of WPA, HR1317…And, as far as I know not an opinion of a single NS whistleblowers in our group has ever been asked or included either. And Mark, how many times have they come to you, and gotten your opinion as a legal expert on legislative issues? I am very confident 'None. 'We are not saying they are bad, or that they have bad intentions; not at all. All we are saying to them, we have been saying, is to not to speak on our behalf, we are doing it ourselves.
I hope this explains how all the headache and unnecessary pain ended up being inflicted on you, therefore on us (NSWBC). And of course I will send your e-mail to all our members; I wanted to give this info to you before you drafted your message.
And one last thing, you were and are my attorney, I have always been proud of being represented by you; and how could I be perceived as going around and putting down my own attorney; which I never did. Who do you think we would call to get advice on legal aspects when we are getting ready to testify? Right; you know the answer: You.
Best,
Sibel