# EXHIBIT "2"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIBEL EDMONDS | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | * |
| | *  Civil Action No. 05-540 (RBW) |
| UNITED STATES OF AMERICA | * |
| | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>CERTIFICATE OF ROY W. KRIEGER, ESQ.</u>**

I, ROY W. KRIEGER, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Certificate on personal knowledge and in support of the Motion for Leave to Withdraw as Plaintiff's Counsel.

2. I am admitted to practice law in the District of Columbia, as well as before the D.C. Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia and Maryland.

3. I am submitting this Certificate in compliance with LCvR 83.2(h) and 83.6(c) and with my ethical duties set forth in Rule 1.16 of the Rules of Professional Conduct.

4. I have been a law partner of Mark S. Zaid in the Firm of Krieger & Zaid, PLLC since September 1, 2002. Each of us owns 50% of the firm. As law partners, by law, we each owe a fiduciary duty to one another in matters involving our firm and the practice of law. Our area of practice focuses primarily on national security law. We represent many "whistleblowers" on issues of national security.

5. I have been representing Ms. Sibel Edmonds, along with my law partner Mark S. Zaid, against the Department of Justice since March 2004. Ms. Edmonds also is the founder and leader of an organization called the National Security Whistleblowers Coalition ("NSWB"). In that capacity, Ms. Edmonds made disparaging and defamatory

statements about Mr. Zaid in a series of e-mails distributed to NWSB members and others in November and December 2005. Her conduct was nothing less than obdurate and vexatious and has rendered our representation unreasonably difficult.

6. Because of the public disparagement and defamation of Mr. Zaid, I can no longer continue to represent Ms. Edmonds for to do so would breach my fiduciary duty to Mr. Zaid. In continuing to represent Ms. Edmonds I must necessarily advocate both her credibility and integrity. Doing so would result in my tacitly ratifying if not endorsing the credibility and veracity of her allegations against Mr. Zaid. Ms. Edmond's statements therefore have created obdurate and vexatious conduct that renders my further representation of her unreasonably difficult, as well as a conflict of interest between her interests and those of Mr. Zaid.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   December 12, 2005

/s/
_____

Roy W. Krieger