**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIBEL EDMONDS | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 05-540 (RBW) |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendant | * |

* * * * * * * * * * * *

**MOTION FOR EXTENSION OF TIME IN WHICH
TO SUBMIT RESPONSE TO DEFENDANTS' DISPOSITIVE MOTION**

NOW COMES the plaintiff Sibel Edmonds, by and through her undersigned counsel, to respectfully move the Court for an extension of time of at least sixty days until on or before February 21, 2006, in which to file an Opposition to the defendants' Motion to Dismiss.

This extension is being sought in order to permit the Court to adjudicate the contemporaneously filed Motion to Withdraw by the undersigned counsel and/or to permit the plaintiff to secure new counsel.

Plaintiff's counsel has discussed this request with defendant's counsel, and she has indicated the Government takes no position on this Motion. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  December 13, 2005

                                                   Respectfully submitted,

                                                   /s/
                                                 _____

                                                 Mark S. Zaid, Esq.
                                                 D.C. Bar #440532
                                                 Krieger & Zaid, PLLC
                                                 1920 N Street, N.W., Suite 300
                                                 Washington, D.C.  20036
                                                 (202) 454-2809