UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIBEL EDMONDS

 Plaintiff,

v.

UNITED STATES OF AMERICA

 Defendant

Civil Action No. 05-540 (RBW)

## MOTION TO VACATE ORDER PERMITTING WITHDRAWAL OF COUNSEL

NOW COMES the plaintiff Sibel Edmonds, pro se, to respectfully move the Court to vacate its order of December 14 allowing Mark Zaid and Roy Krieger to withdraw as my counsel. The Motion to Withdraw was granted in violation of Local Civil Rule 83.6(c), which contemplates five days for the client to oppose a motion to withdraw:

> * * * [A] motion to withdraw an appearance shall be accompanied by a certificate of service * * * and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.

I have not been accorded the five days response time as contained in the local rule.

A proposed order accompanies this motion.

Date: December 16, 2005

Respectfully submitted,

/s/
_____
Sibel Edmonds
12 Wolfe Street
Alexandria, Virginia 22314
(703) 519-3640

**RECEIVED**

DEC 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIBEL EDMONDS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> *   Civil Action No. 05-540 (RBW) <br> * <br> * <br> * |

## ORDER

Upon consideration of the Motion to Vacate Order Permitting Withdrawal of Counsel, it is this _____ day of _____ 200__, hereby

ORDERED, that the Order granting Counsels' Motion to Withdraw is vacated.

_____
UNITED STATES DISTRICT JUDGE