UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIBEL EDMONDS

 Plaintiff,

v.

UNITED STATES OF AMERICA

 Defendant

Civil Action No. 05-540 (RBW)

## MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT RESPONSE TO COUNSELS' MOTION TO WITHDRAW

NOW COMES the plaintiff Sibel Edmonds, pro se, to respectfully move the Court for an extension of time of at least fourteen days until on or before December 30, 2005, in which to file an opposition to my counsels' Motion to Withdraw.

This extension is being sought in order to permit me to consult with appropriate legal authorities and counsel to determine if my present counsel are in violation of any canons of ethics in withdrawing as my legal representatives, or if such withdrawal will irreparably prejudice my interests in the case. I am not trained as an attorney and need to consult with experts before deciding whether to and on what grounds to oppose the Motion to Withdraw.

A proposed order accompanies this motion.

Date: December 16, 2005

Respectfully submitted,

/s/
_____
Sibel Edmonds
12 Wolfe Street
Alexandria, Virginia 22314
(703) 519-3640

**RECEIVED**

DEC 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIBEL EDMONDS | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 05-540 (RBW) |
| UNITED STATES OF AMERICA | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Extension of Time in Which to Submit Response to Counsels' Motion to Withdraw, it is this _____ day of _____ 200__, hereby

ORDERED, Sibel Edmonds is granted an extension to file an opposition to her counsels' Motion to Withdraw until on or before December 30, 2005.

_____
UNITED STATES DISTRICT JUDGE