UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIBEL EDMONDS

    Plaintiff,

v.

                            Civil Action No. 05-540 (RBW)

UNITED STATES OF AMERICA

    Defendant

## MOTION AGREEING TO COUNSELS' MOTION TO WITHDRAW

NOW COMES the plaintiff Sibel Edmonds, pro se, to respectfully move the Court to accept my counsels' Motion to Withdraw. This Motion is not an acknowledgment that my counsel have discharged their legal and ethical duties toward me under ethical canons or local rules.

Date: December 30, 2005

                            Respectfully submitted,

                            /s/
                            Sibel Edmonds
                            12 Wolfe Street
                            Alexandria, Virginia 22314
                            (703) 519-3640

RECEIVED

DEC 3 0 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT