UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIBEL EDMONDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-540 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the Defendant's motion to dismiss [Dkt. #6] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's claim under the Federal Tort Claims Act, 28 U.S.C. § 2671-2680 (the "FTCA") on theories of negligent investigation; negligent disclosure; negligent endangerment; negligent conversion of personal property; false light invasion of privacy; negligent infliction of emotional distress; and negligent interference with prospective economic opportunity is **DISMISSED**; and it is

**FURTHER ORDERED** that Plaintiff may file an Amended Complaint on or before July 27, 2006, to state a claim for intentional conversion.  If she fails to do so, this case will be dismissed in whole.

**SO ORDERED.**

Date:  June 27, 2006              _____/s/_____
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge